FILED

10/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0567

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0567

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

GARRETT MICHAEL O'HOWELL,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 17, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 13 2023